UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:16-cv-02992-MCE-GGH<br><br>**RELATED AND CONSOLIDATED CASE ORDER** |
| NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, a Delaware Corporation, and DOES 1 through 200, inclusive,<br><br>Defendant. | No. 2:17-cv-00552-KJM-CKD |

The Court has reviewed the parties' April 13, 2017, Stipulation and Proposed Order for Consolidation. The Court construes the stipulation as both a notice of related

1

| | |
|---|---|
| 1 | cases regarding Case No. 2:16-cv-02992-MCE-GGH and Case No. 2:17-cv-00552-KJM- |
| 2 | CKD and a stipulation to consolidate those cases. |
| 3 | Examination of the above-entitled civil actions reveals that these actions are |
| 4 | related within the meaning of Eastern District Local Rule 123(a).  The actions involve the |
| 5 | same parties and are based on the same or similar claims, the same property |
| 6 | transaction or event, similar questions of fact and law, and would therefore entail a |
| 7 | substantial duplication of labor if heard by different judges. |
| 8 | Accordingly, the assignment of the matters to the same judge is likely to affect a |
| 9 | substantial savings of judicial effort and resources.  Relation of the cases is also likely to |
| 10 | be more convenient for the parties.  Under the regular practice of this court, related |
| 11 | cases are generally assigned to the district judge and magistrate judge to whom the first |
| 12 | filed action was assigned. |
| 13 | IT IS THEREFORE ORDERED that the action denominated 2:17-cv-00552-KJM- |
| 14 | CKD is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge |
| 15 | Gregory G. Hollows for all further proceedings, and any dates currently set in 2:17-cv- |
| 16 | 00552-KJM-CKD are hereby VACATED. |
| 17 | Additionally, pursuant to the stipulation of the parties (ECF No. 17), because of |
| 18 | the common issues of fact and law between the two cases, <u>see</u> Federal Rule of Civil |
| 19 | Procedure 42(a)(2), and in the further interest of judicial economy, the above captioned |
| 20 | cases shall be consolidated. |
| 21 | Case No. 2:16-cv02992-MCE-GGH is designated as the "master file."  The Clerk |
| 22 | of the Court is directed to add all complaints and answers filed in Case No. 2:17-cv- |
| 23 | 00552-KJM-CKD to the master case, and to administratively close Case No. 2:17-cv- |
| 24 | 00552-KJM-CKD.  The parties are directed to file a Joint Status Report within thirty (30) |
| 25 | days of the filing of this Order, and to file all future pleadings, motions, and other filings |
| 26 | ONLY in Case No. 2:16-cv-02992-MCE-GGH. |
| 27 | /// |
| 28 | /// |

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 24, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE