UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:16-cv-02992-MCE-GGH<br><br>**ORDER RE STIPULATED REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER** |

Pursuant to the stipulation of the parties and good cause appearing, the deadline by which the parties shall complete fact discovery is hereby extended 120 days to April 20, 2018. All other deadlines in the Pretrial Scheduling Order shall remain unchanged, except to the extent that such deadlines run from the close of fact discovery, those deadlines shall be set from the new April 20, 2018 close of discovery.

IT IS SO ORDERED.

Dated: October 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1