1  RONALD W. HOPKINS (Bar No. 100895)
   CHRISTIAN J. GASCOU (Bar No. 209957)
2  GASCOU HOPKINS LLP
   9696 Culver Boulevard, Suite 302
3  Culver City, California 90232
   Telephone:   (310) 785-9116
4  Facsimile:   (310) 785-9149
   Email: rhopkins@gascouhopkins.com
5  Email: cgascou@gascouhopkins.com

6
   Attorneys for Plaintiff
7  ALLIED WORLD INSURANCE COMPANY

8  BRITTANY RUPLEY HAEFELE (Bar No. 276208)
   WILLIAM L. PORTER (Bar No. 133968)
9  PORTER LAW GROUP, INC.
   7801 Folsom Boulevard, Suite 101
10 Sacramento, California 95826
   Telephone:   (916) 381-7868
11 Facsimile:   (916) 381-7880
   Email: bporter@porterlaw.com
12 Email: bhaefele@porterlaw.com

13
   Attorneys for Defendant
14 NEW PARADIGM PROPERTY MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02992-MCE-GGH<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Complaint Filed: 12/22/16<br>Trial Date: None set |
| NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California corporation,<br><br>Plaintiff, | Case No. 2:17-cv-00552-KJM-CKD<br><br>(Administratively closed and consolidated with case 2:16-CV-02992-MCE-GGH) |

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

v.

ALLIED WORLD INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 200, inclusive,

Defendants.

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

**GASCOU HOPKINS LLP**

Dated: February 11, 2019 By: ____/Ronald Hopkins/_____
RONALD W. HOPKINS
Attorneys for Plaintiff/Counter-Defendant
ALLIED WORLD INSURANCE COMPANY

**PORTER LAW GROUP, INC.**

Dated: February 11, 2019 By:____/Brittany Rupley Haefele/____
BRITTANY RUPLEY HAEFELE
Attorneys for Defendant/Counter-Claimant
NEW PARADIGM PROPERTY MANAGEMENT, LLC

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**