1  RONALD W. HOPKINS (Bar No. 100895)
   CHRISTIAN J. GASCOU (Bar No. 209957)
2  GASCOU HOPKINS LLP
   9696 Culver Boulevard, Suite 302
3  Culver City, California 90232
   Telephone: (310) 785-9116
4  Facsimile: (310) 785-9149
   Email: rhopkins@gascouhopkins.com
5
   Attorneys for Plaintiff
6  ALLIED WORLD INSURANCE COMPANY

7  BRITTANY RUPLEY HAEFELE (Bar No. 276208)
   PORTER LAW GROUP, INC.
8  7801 Folsom Boulevard, Suite 101
   Sacramento, California 95826
9  Telephone: (916) 381-7868
   Facsimile: (916) 381-7880
10 Email: bporter@porterlaw.com
   Email: bhaefele@porterlaw.com

11 Attorneys for Defendant
   NEW PARADIGM PROPERTY MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-02992-MCE-GGH<br><br>**STIPULATION AND ORDER REQUESTING (1) SETTLEMENT CONFERENCE, AND (2) TO MODIFY PRETRIAL SCHEDULING ORDER RE: JOINT NOTICE OF TRIAL READINESS** |
| NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 200, inclusive<br><br>　　　　Defendants. | Case No. 2:17-cv-00552-KJM-CKD<br><br>(Administratively and consolidated with case 2:16-CV-02992-MCE-GGH) |

- 1 -

**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this matter be set for a Settlement Conference to be conducted before Judge Deborah Barnes on January 22, 2020 at 10:00 a.m. at the United States District Court located at 501 I Street, Sacramento, CA 95814. The parties agree to file the appropriate waiver of disqualification in accordance with Local Rule 270(b) if they have not done so already.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, and it is hereby requested, that this Court issue an Order to modify the Initial Pretrial Scheduling Order (ECF No. 3) (hereinafter "Initial Pretrial Scheduling Order" or "Pretrial Order") by extending the dates for submission of the Joint Notice of Trial Readiness until thirty (30) days following the aforementioned Settlement Conference if no settlement is reached.

**GASCOU HOPKINS LLP**

Dated: October 11, 2019     By: _____/Ronald Hopkins/_____
                                RONALD W. HOPKINS
                                Attorneys for Plaintiff/Counter-Defendant
                                ALLIED WORLD INSURANCE COMPANY

Dated: October 11, 2019     **PORTER LAW GROUP, INC.**


                            By: _____/Brittany Rupley Haefele/_____
                                BRITTANY RUPLEY HAEFELE
                                Attorneys for Defendant/Counter-Claimant
                                NEW PARADIGM PROPERTY
                                MANAGEMENT, LLC

**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**

**ORDER**

The Court having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby APPROVES the request for this matter to be set for a Settlement Conference on January 22, 2020 at 10:00 a.m. before Judge Barnes. The Court further orders that the Joint Notice of Trial Readiness shall be submitted thirty (30) days following the Settlement Conference if no settlement is reached.

IT IS SO ORDERED

Dated: October 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**