| | |
|---|---|
| 1<br>2<br>3<br>4 | RONALD W. HOPKINS (Bar No. 100895)<br>CHRISTIAN J. GASCOU (Bar No. 209957)<br>GASCOU HOPKINS LLP<br>9696 Culver Boulevard, Suite 302<br>Culver City, California 90232<br>Telephone: (310) 785-9116<br>Facsimile: (310) 785-9149<br>Email: rhopkins@gascouhopkins.com |
| 5<br>6 | Attorneys for Plaintiff<br>ALLIED WORLD INSURANCE COMPANY |
| 7<br>8<br>9<br>10 | BRITTANY RUPLEY HAEFELE (Bar No. 276208)<br>PORTER LAW GROUP, INC.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, California 95826<br>Telephone: (916) 381-7868<br>Facsimile: (916) 381-7880<br>Email: bporter@porterlaw.com<br>Email: bhaefele@porterlaw.com |
| 11 | Attorneys for Defendant<br>NEW PARADIGM PROPERTY MANAGEMENT, LLC |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-02992-MCE-GGH<br><br>**STIPULATION AND ORDER REQUESTING (1) SETTLEMENT CONFERENCE, AND (2) TO MODIFY PRETRIAL SCHEDULING ORDER RE: JOINT NOTICE OF TRIAL READINESS**<br><br>Case No. 2:17-cv-00552-KJM-CKD<br><br>(Administratively and consolidated with case<br><br>2:16-CV-02992-MCE-GGH) |
| NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 200, inclusive<br><br>　　　　Defendants. | |

- 1 -
**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this matter be set for a Settlement Conference to be conducted before Judge Deborah Barnes on June 10, 2020 at 10:00 a.m. at the United States District Court located at 501 I Street, Sacramento, CA 95814. The parties agree to file the appropriate waiver of disqualification in accordance with Local Rule 270(b) if they have not done so already.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, and it is hereby requested, that this Court issue an Order to modify the Initial Pretrial Scheduling Order (ECF No. 3) (hereinafter "Initial Pretrial Scheduling Order" or "Pretrial Order") by extending the dates for submission of the Joint Notice of Trial Readiness until thirty (30) days following the aforementioned Settlement Conference if no settlement is reached.

**GASCOU HOPKINS LLP**

Dated: March 6, 2020       By: _____/Ronald Hopkins/_____
                                RONALD W. HOPKINS
                                Attorneys for Plaintiff/Counter-Defendant
                                ALLIED WORLD INSURANCE COMPANY

Dated: March 6, 2020       **PORTER LAW GROUP, INC.**


                           By: _____/Brittany Rupley Haefele/____
                                BRITTANY RUPLEY HAEFELE
                                Attorneys for Defendant/Counter-Claimant
                                NEW PARADIGM PROPERTY
                                MANAGEMENT, LLC

- 2 -
**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**

**ORDER**

The Court having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby APPROVES the request for this matter to be set for a Settlement Conference on June 10, 2020 at 10:00 a.m. before Judge Barnes. The Court further orders that the Joint Notice of Trial Readiness shall be submitted thirty (30) days following the Settlement Conference if no settlement is reached.

IT IS SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND TO MODIFY PRETRIAL SCHEDULING ORDER**