RONALD W. HOPKINS (Bar No. 100895)
CHRISTIAN J. GASCOU (Bar No. 209957)
GASCOU HOPKINS LLP
9696 Culver Boulevard, Suite 302
Culver City, California 90232
Telephone: (310) 785-9116
Facsimile: (310) 785-9149
Email: rhopkins@gascouhopkins.com

Attorneys for Plaintiff
ALLIED WORLD INSURANCE COMPANY

BRITTANY RUPLEY HAEFELE (Bar No. 276208)
PORTER LAW GROUP, INC.
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: (916) 381-7868
Facsimile: (916) 381-7880
Email: bporter@porterlaw.com
Email: bhaefele@porterlaw.com

Attorneys for Defendant
NEW PARADIGM PROPERTY MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-02992-MCE-GGH<br><br>**JOINT NOTICE OF DISMISSAL**<br><br><br>Case No. 2:17-cv-00552-KJM-CKD<br><br>(Administratively and consolidated with case 2:16-CV-02992-MCE-GGH) |
| NEW PARADIGM PROPERTY MANAGEMENT, LLC, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 200, inclusive<br><br>    Defendants. | |

- 1 -

**JOINT NOTICE OF DISMISSAL**

Plaintiff ALLIED WORLD INSURANCE COMPANY, and Defendant NEW

PARADIGM PROPERTY MANAGEMENT LLC, (hereafter the Parties) by and through their

counsel of record, hereby request that the Court dismisses the above-entitled matter, with

prejudice.

Respectfully Submitted,

**GASCOU HOPKINS LLP**

Dated: June 15, 2020                  By: _____*/Ronald Hopkins/*_____
                                       RONALD W. HOPKINS
                                       Attorneys for Plaintiff/Counter-Defendant
                                       ALLIED WORLD INSURANCE COMPANY

Dated: June 15, 2020                  **PORTER LAW GROUP, INC.**

                              By: _____*/Brittany Rupley Haefele/*_____
                                         BRITTANY RUPLEY HAEFELE
                                       Attorneys for Defendant/Counter-Claimant
                                       NEW PARADIGM PROPERTY
                                       MANAGEMENT, LLC

**ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.  The Clerk

of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**JOINT NOTICE OF DISMISSAL**
